AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 7:23mj56 | Date and time warrant executed: <br> May 9, 2023 4:42 pm | Copy of warrant and inventory left with: <br> On file with USPIS |
| Inventory made in the presence of : <br> Inspector Barrett and USPIS TFO Frank Figgers | | |
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> 1. Approximately 1081g of a green leafy substance, suspected marijuana. <br><br> 2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5109 5753 3125 4151 91" and packing materials. <br><br><br> *Received in Chambers* <br> *By Reliable Electronic Means* <br><br> May 11, 2023 <br><br> **Hon. Robert S. Ballou** <br> **United States District Judge** | | |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: 05/11/2023                        *Michael J. Barrett* <br>                                                             *Executing officer's signature* <br><br>                                              Michael J. Barrett, United States Postal Inspector <br>                                                                       *Printed name and title* | | |